# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENTLEY A. HOLLANDER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | NO. 2:10-CV-00235-JD |
| HOSPIRA, INC., | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 22nd of November, 2010, upon consideration of Hospira, Inc.'s Motion to Transfer (Document No. 11, filed March 22, 2010); Plaintiff/Relator Bentley A. Hollander's Opposition to Defendant Hospira, Inc.'s Motion to Transfer Venue (Document No. 19, filed April 27, 2010); Plaintiff/Relator Bentley A. Hollander's Memorandum Regarding Discovery Related to Hospira, Inc.'s Motion to Transfer Venue (Document No. 25, filed Oct. 4, 2010); and Hospira's Memorandum Regarding Hollander's Request for Discovery Regarding Hospira's Motion to Transfer (Document No. 26, filed Oct. 12, 2010), **IT IS ORDERED** that, for the reasons set forth in the Memorandum dated November 22, 2010, Hospira, Inc.'s Motion to Transfer is **GRANTED**. The case is **TRANSFERRED** to the United States District Court for the Northern District of Illinois.

**IT IS FURTHER ORDERED** that plaintiff Bentley A. Hollander's request for discovery is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the United States District Court for the Eastern District of Pennsylvania **SHALL SEND** the complete file to the United States District

Court for the Northern District of Illinois.

**BY THE COURT:**

  /s/ Hon. Jan E. DuBois  

**JAN E. DUBOIS, J.**